# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

      VS                                              CASE NO. 1:00-CR-38-03 MMP

JIN SHUANG ZHENG

## FINANCIAL REFERRAL AND ORDER

Regarding release of funds for: _X_ Fine, ___ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee, ___ Bond, ___ Other (Specify) _____

By: _____Jin Shuang Zheng #11298-017_____ (Payee)
Address: FCI Danbury
          Route 37
          Danbury, CT 06811

Receipt Number __802-108004-03_____    Date of Receipt _____7/15/05_____

Motion: N/A

Explanation: A review of the payment records for Ms. Zheng indicates an overpayment of $25.00. According to the court dockets and financial records, Ms. Zheng does not owe any additional money and should be reimbursed $25.00. Requesting authorization to refund the $25.00 and any additional money received through the Bureau of Prisons for this case.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: _____*s/Philip Detweiler*_____
                Philip Detweiler, Financial Specialist        Date: July 26, 2005

Referred by: _____,Deputy Clerk_____

## ORDER OF COURT

It is ORDERED this __27th____ day of _____July_____, 2005, that the Clerk refund the identified funds to the payee.

                                                s/Maurice M. Paul

                                      MAURICE M. PAUL, SENIOR
                                      UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99